IRVIN INDUSTRIES, INC., Plaintiff,

v.

UNITED STATES of America, et al., Defendants.

Civ. A. No. 85-0206.

United States District Court, District of Columbia.

July 8, 1985.

BARRINGTON D. PARKER, District Judge.

ORDER

UPON CONSIDERATION of the Stipulation of Dismissal executed by the parties and approved by the Court on May 9, 1985, and the entire record herein, and the Court being fully advised of the premises, it is by the Court, this 8 day of July, 1985,

ORDERED that the Court's April 3, 1985 Memorandum Order, 608 F.Supp. 907 (D.C. D.C.), denying defendants' motion to dismiss be, and the same hereby is vacated.